3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STEVEN WILLIAMS,

      Defendant.

_____/

Case: 2:23-cr-20570
Assigned To : Grey, Jonathan J.C.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 10/3/2023
Description: SEALED MATTER (SS)

Violations:
18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about June 17, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Steven WILLIAMS, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is one (1) Smith and Wesson SD40 .40 caliber pistol bearing serial number FCL1360, in violation of Title 18, United States Code, Section 922(g)(1).

1

## **FORFEITURE ALLEGATION**
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and

incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18

United States Code Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment,

Defendant Steven WILLIAMS shall forfeit to the United States, pursuant to Title

18, United States Code, Section 924(d)(1) and 28 United States Code, Section

2461(c), any firearm or ammunition involved in or used in any knowing violation

of said offense, including but not limited to one (1) Smith and Wesson SD40 .40

caliber pistol bearing serial number FCL1360.

THIS IS A TRUE BILL.


*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney


*s/ Craig F. Wininger*
CRAIG F. WININGER
Chief, Violent & Organized Crime Unit


*s/ Nicholas McIntyre*
NICHOLAS MCINTYRE
Assistant United States Attorney

Date: October 3, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | **AUSA's Initials:** *N K M* |

**Case Title:** USA v. Steven Williams

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment – no prior complaint.

Case: 2:23-cr-20570
Assigned To : Grey, Jonathan J.C.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 10/3/2023
Description: SEALED MATTER (SS)

**Superseding Case Information**

**Superseding to Case No:** _____     **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

October 3, 2023
Date

Nicholas McIntyre
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Nicholas.McIntyre3@usdoj.gov
(313) 226-9611
Bar #: P78756

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated.